UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SANDRA RUDZINSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05 C 0474 |
| | ) | |
| METROPOLITAN LIFE INSURANCE COMPANY and SHARP ELECTRONIC COMPANY, | ) ) ) | Magistrate Judge Keys |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| SHARP ELECTRONICS CORPORATION, | ) | |
| | ) | |
| Cross-Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05 C 0474 |
| | ) | |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) | Magistrate Judge Keys |
| | ) | |
| Cross-Defendant. | ) | |

## SHARP ELECTRONICS CORPORATION'S MOTION FOR ENTRY OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58(d)

Cross-Plaintiff Sharp Electronics Corporation ("Sharp"), by and through its counsel, Craig R. Annunziata and Brian K. LaFratta of Fisher & Phillips LLP, hereby moves the Court for entry of judgment pursuant to Federal Rule of Civil Procedure 58(d). In support thereof, Sharp states as follows:

1. On July 14, 2008, the Court entered a minute order, and issued a Memorandum Opinion granting MetLife's Motion to Dismiss Sharp's Amended Cross-Claim. The Court's ruling leaves no pending claims in the case.

2. FRCP 58(a) provides: "Every judgment and amended judgment must be set out in a separate document." Rule 58(d) provides that a "party may request that judgment be set out in a separate document as required by Rule 58(a)."

3. To date, the Court has not entered a judgment in a separate document pursuant to Rule 58(a). Pursuant to Rule 58(d), Sharp therefore respectfully requests that the Court enter judgment in a separate document.

WHEREFORE, for the foregoing reasons, Sharp requests that this Court enter judgment in a separate document pursuant to Federal Rule of Civil Procedure 58(d).

Dated: July 24, 2008                            Respectfully submitted,

                                                     SHARP ELECTRONICS CORPORATION


                                       By: /s/ Craig R. Annunziata
                                              One of Its Attorneys

Craig R. Annunziata
Brian K. LaFratta
FISHER & PHILLIPS LLP
140 South Dearborn Street
Suite 1000
Chicago, Illinois 60603

# CERTIFICATE OF SERVICE

      I, Craig R. Annunziata, hereby certify that, on July 24, 2007, I caused to be served a true and correct copy of the foregoing **SHARP ELECTRONICS CORPORATION'S MOTION FOR ENTRY OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58(d)**, upon:

| | |
|---|---|
| Natalie Anne Harris<br>Mandell, Menkes & Surdyk, LLC<br>333 West Wacker Drive, Suite 300<br>Chicago, IL 60606 | W. Mark Lanier<br>The Lanier Law Firm<br>6810 FM 1960 West<br>Houston, TX 77069 |

by electronic court filing, from 140 South Dearborn Street, Chicago, Illinois.

                          /s/ Craig R. Annunziata